(91 South. 921)

BRADLEY v. CROSS. (6 Div. 474.) (Supreme Court of Alabama. Nov. 29, 1921.) Appeal from Circuit Court, Jefferson County; James A. Mitchell, Special Judge. Tillman, Bradley & Morrow, of Birmingham, for appellant. Charles A. Calhoun, of Birmingham, for appellee.

PER CURIAM. Appeal dismissed by appellant.

(92 South. 920)

BRADLEY v. PRITCHARD. (6 Div. 599.) (Supreme Court of Alabama. Feb. 25, 1922.) Appeal from Circuit Court, Jefferson County; C. B. Smith, Judge. Tillman, Bradley & Baldwin, of Birmingham, for appellant. Robert J. Wheeler, of Birmingham, for appellee.

PER CURIAM. Appeal dismissed by agreement of parties.

(92 South. 920)

CAMBRIDGE STATE BANK v. FIRST NAT. BANK OF REFORM. (6 Div. 576.) (Supreme Court of Alabama. April 6, 1922.) Appeal from Circuit Court, Pickens County; R. I. Jones, Judge. Livingston & Smith, of Tuscaloosa, for appellant. Edward De Graffenried, H. A. & D. K. Jones, and Foster, Verner & Rice, all of Tuscaloosa, for appellee.

PER CURIAM. Appeal dismissed by appellant.

(92 South. 920)

CAMPBELL et al. v. MANN. (7 Div. 198.) (Supreme Court of Alabama. April 27, 1922.) Appeal from Circuit Court, Clay County; W. L. Longshore, Judge. R. G. Rowland, of Ashland, for appellant. McKay & Crumpton, of Ashland, for appellee.

PER CURIAM. Appeal dismissed by appellant.

(91 South. 921)

CITY OF ANDALUSIA v. PRESTWOOD. (4 Div. 964.) (Supreme Court of Alabama. Dec. 22, 1921.) Appeal from Circuit Court, Covington County; A. B. Foster, Judge. A. Whaley, of Andalusia, for appellant. J. Morgan Prestwood, of Andalusia, for appellee.

PER CURIAM. Appeal dismissed by agreement of parties.

(91 South. 921)

CITY OF ANDALUSIA v. PRESTWOOD. (4 Div. 965.) (Supreme Court of Alabama. Dec. 22, 1921.) Appeal from Circuit Court, Covington County; A. B. Foster, Judge. A. Whaley, of Andalusia, for appellant. J. Morgan Prestwood, of Andalusia, for appellee.

PER CURIAM. Appeal dismissed by agreement of parties.

(91 South. 921)

CLARK v. STATE. (4 Div. 947.) (Supreme Court of Alabama. Nov. 3, 1921.) Certiorari to Court of Appeals. W. O. Mulkey, of Geneva, and Farmer, Merrill & Farmer, of Dothan, for appellants. Harwell G. Davis, Atty. Gen., for the State.

PER CURIAM. Application of Will Clark for certiorari to Court of Appeals to review and revise the judgment of said court rendered on the appeal of Will Clark v. State of Alabama, 18 Ala. App. 209, 91 South. 328. Writ denied.

ANDERSON, C. J., and SAYRE, GARDNER, and MILLER, JJ., concur.

(92 South. 920)

COCHRAN v. STATE. (6 Div. 669.) (Supreme Court of Alabama. April 13, 1922.) Certiorari to Court of Appeals. Russell & Johnson, of Oneonta, for appellant. Harwell G. Davis, Atty. Gen., for the State.

SOMERVILLE, J. Petition of Elmer Cochran for certiorari to the Court of Appeals to review and revise the judgment of said court, affirming the appeal in Elmer Cochran v. State of Alabama, 18 Ala. App. 403, 92 South. 524. Writ denied.

ANDERSON, C. J., and McCLELLAN and THOMAS, JJ., concur.

(91 South. 921)

COLE et al. v. PHILIPS. (8 Div. 329.) (Supreme Court of Alabama. Dec. 1, 1921.) Appeal from Circuit Court, Franklin County; C. P. Almon, Judge. Travis Williams, of Russellville, for appellee.

PER CURIAM. Affirmed for want of assignment of errors.

(91 South. 921)

COUCH v. STATE. (8 Div. 384.) (Supreme Court of Alabama. Nov. 3, 1921.) Certiorari to Court of Appeals. Street & Bradford, of Guntersville, for appellant. Harwell G. Davis, Atty. Gen., for the State.

PER CURIAM. Petition of Walter Couch for certiorari to Court of Appeals to review and revise the judgment and opinion of said court rendered on the appeal of Walter Couch v. State, 18 Ala. App. 236, 90 South. 42. Writ denied.

McCLELLAN, GARDNER, THOMAS, and MILLER, JJ., concur.

(92 South. 920)

CRABTREE et al. v. BERRY. (8 Div. 407.) (Supreme Court of Alabama. Jan. 31, 1922.) Appeal from Circuit Court, Madison County: Robert C. Brickell, Judge. Cooper & Cooper, of Huntsville, for appellant.

PER CURIAM. Appeal dismissed by appellant.